No. 11–10463.  VAN BUREN *v.* CALIFORNIA.  Ct. App. Cal., 1st App. Dist.  Certiorari denied.

No. 11–10464.  RAIGOSA ARREDONDO *v.* CATE, SECRETARY, CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION.  C. A. 9th Cir.  Certiorari denied.

No. 11–10465.  ALLEN *v.* INDIANA.  Ct. App. Ind.  Certiorari denied.

No. 11–10466.  O'NEAL *v.* WILLIAMS ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 11–10467.  WILLIAMS *v.* MARTEL, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 11–10468.  ROEDER *v.* KANSAS.  Ct. App. Kan.  Certiorari denied.

No. 11–10470.  ROBERTS *v.* TIFFT, WARDEN.  C. A. 11th Cir.  Certiorari denied.

No. 11–10472.  RAVENEL *v.* BADEN, WARDEN.  Super. Ct. Bartow County, Ga.  Certiorari denied.

No. 11–10479.  ROGERS *v.* DAVIS, WARDEN.  C. A. 6th Cir.  Certiorari denied.

No. 11–10480.  TRIVEDI *v.* INTERNAL REVENUE SERVICE.  C. A. 9th Cir.  Certiorari denied.

No. 11–10481.  EFSTATHIOU *v.* CALIFORNIA.  Ct. App. Cal., 3d App. Dist.  Certiorari denied.

No. 11–10483.  JONES *v.* THOMAS ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 11–10486.  GORBATOVA *v.* GREATER LYNN SENIOR SERVICES, INC., AKA GLSS, INC.  C. A. 1st Cir.  Certiorari denied.

No. 11–10488.  HENNEGHAN *v.* ROACH ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 11–10490.  DIEHL *v.* PENNSYLVANIA.  Sup. Ct. Pa.  Certiorari denied.